**No. 41919.**—Protest 212007–G of American Express Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.